IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY MILTON,**<br><br>         Petitioner,<br><br>   v.<br><br>**GERALD JANDA, Warden,**<br><br>         Respondent. | No. C 12-5758 EJD (PR)<br><br>[PROPOSED] ORDER |

GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until May 19, 2014, to file his answer the application for writ of habeas corpus. If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent's counsel within thirty (30) days of the date the answer is filed.

Dated: _____7/14/2014_____                    _____
                                              EDWARD J. DAVILA
                                              United States District Judge

1

[Proposed] Order (C 12-5758 EJD (PR))